## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3
### Eastern Division

Jacqueline Fegan

                    Plaintiff,

v.                                                  Case No.: 1:06−cv−06767
                                                    Honorable Joan H. Lefkow

Robert Reid, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 17, 2010:

      MINUTE entry before Honorable Joan H. Lefkow:Plaintiff's motion to file exhibits [222] is granted as follows: Plaintiff may redact names of clients and activities that would reveal attorney−client confidences. Plaintiff must file a redacted version in the public file. An unredacted version may be filed under seal. Response to plaintiff's motion for attorney fees [219] due by 6/1/2010; ruling will issue by mail.Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.