Fegan v. Robert Reid #17285, *et al.*
Case No. 06 C 6767

# Exhibit 3
Plaintiff's Motion for Attorney's Fees and Non-taxable Costs